1  LAURA J. RUETTGERS, ESQ.
   California Bar No. 206636 (*Admitted Pro Hac Vice*)
2  ROBERT J. SCOTT, Jr., ESQ.
   Nevada Bar No. 8658
3  McCURDY & FULLER LLP
   4300 Bohannon Drive, Suite 240
4  Menlo Park, California 94025
   Telephone: (650) 618-3500
5  Facsimile: (650) 618-3599
   Email: robert.scott@mccurdylawyers.com
6
   BRETT A. AXELROD, ESQ.
7  Nevada Bar No. 5859
   GREENBERG TRAURIG, LLP
8  3773 Howard Hughes Pkwy, Suite 400 North
   Las Vegas, Nevada 89169
9  Telephone: (702) 792-3773
   Facsimile: (702) 792-9002
10 Email: axelrodb@gtlaw.com

11
   Attorneys for Plaintiff
12 NATIONAL UNION FIRE INSURANCE COMPANY OF
   PITTSBURGH, PA

13
14                    UNITED STATES DISTRICT COURT
15                         DISTRICT OF NEVADA

16
17 NATIONAL UNION FIRE INSURANCE       Case No.: 2:09-CV-00783-RCJ-GWF
   COMPANY OF PITTSBURGH, PA., a
   Pennsylvania Corporation,
18
                Plaintiff,             STIPULATION FOR DISMISSAL OF
19                                     COMPLAINT AND COUNTERCLAIMS
           v.                          WITHOUT PREJUDICE AND [PROPOSED]
20                                     ORDER THEREON
   SHARP PLUMBING, INC., a Nevada
21 Corporation; and DOES 1 through 50,
   inclusive
22
                Defendants.
23
24 AND RELATED COUNTER/THIRD
   PARTY CLAIMS
25

26     IT IS HEREBY STIPULATED by and between plaintiff/counterdefendant National

27 Union Fire Insurance Company of Pittsburgh, Pa. ("National Union"), by and through its counsel

28 of record, McCurdy & Fuller LLP and Greenberg Traurig LLP, and defendant/counterclaimant

40433                              - 1 -
**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE**

1   Sharp Plumbing, Inc. ("Sharp Plumbing"), by and through its counsel of record, Craig A.
2   Marquiz, Esq. of the Marquiz Law Office, P.C., that National Union's complaint against Sharp
3   Plumbing and Sharp Plumbing's counterclaims against National Union shall be dismissed,
4   <u>without prejudice</u>, the parties each to bear their own costs. Nothing in this Stipulation and Order
5   shall affect Sharp Plumbing's Third Party Complaint against National Fire & Marine Insurance
6   Company.
7       There was no trial set in this matter.

8   November 23, 2010　　　　　　　　　　　MCCURDY & FULLER LLP

10   By  /s/ Laura J. Ruettgers/
     LAURA J. RUETTGERS, ESQ.
11   4300 Bohannon Drive, Suite 240
     Menlo Park, California 94025

12   and

13   GREENBERG TRAURIG, LLP
14   BRETT A. AXELROD, ESQ.
     Nevada Bar No. 5859
15   3773 Howard Hughes Pkwy, Suite 400 North
     Las Vegas, Nevada 89169

16
17   Attorneys for Plaintiff and Counterdefendant
     NATIONAL UNION FIRE INSURANCE
     COMPANY OF PITTSBURGH, PA.
18

19   November 23, 2010　　　　　　　　　　　MARQUIZ LAW OFFICE
20

21   By  /s/ Craig A. Marquiz/
     CRAIG A. MARQUIZ, ESQ.
22   3088 Via Flaminia Court
     Henderson, Nevada 89052
23
24   Attorneys for Defendant and Counterclaimant
     SHARP PLUMBING, INC.

25     IT IS SO ORDERED this 23rd day of November, 2010.
26
27   _____
     Gloria M. Navarro
28   United States District Judge

40433                                    - 2 -
**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE**