Dennis L. Kennedy (Nevada Bar No. 1462)
Sarah E. Harmon (Nevada Bar No. 8106)
BAILEY✣KENNEDY
8984 Spanish Ridge Avenue
Las Vegas, Nevada  89148-1302
Telephone:  (702) 562-8820
Facsimile:  (702) 562-8821
E-mail:  dkennedy@baileykennedy.com
  sharmon@baileykennedy.com
  bkemble@baileykennedy.com

Deborah L. Stein (*pro hac vice*)
K. Lucy Atwood (*pro hac vice*)
Peter R. Jordan (*pro hac vice*)
SIMPSON THACHER & BARTLETT LLP
1999 Avenue of the Stars, 29th Floor
Los Angeles, CA 90067
Telephone:  (310) 407-7500
Facsimile:  (310) 407-7502
E-mail:  dstein@stblaw.com
  katwood@stblaw.com
  pjordan@stblaw.com

Attorneys for Third-Party Defendant/Counter-Claimant
NATIONAL FIRE & MARINE INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>SHARP PLUMBING, INC., a Nevada corporation and DOES 1 through 50, inclusive,<br><br>                    Defendants. | Case No. 2:09-cv-00783-GMN-GWF<br><br>**DEFENDANT NATIONAL FIRE & MARINE INSURANCE COMPANY'S REQUEST FOR EXCEPTION FROM ORDER SCHEDULING SETTLEMENT CONFERENCE AND [PROPOSED] ORDER** |

|   |   |   |
|---|---|---|
| 1 | SHARP PLUMBING, INC., a Nevada corporation, | ) |
| 2 | | ) |
| 3 | Counter-Claimant, | ) |
| 4 | v. | ) |
| 5 | NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation; DOES 1 through 100, inclusive, | ) |
| 6 | | ) |
| 7 | | ) |
| 8 | Counter-Defendants, | ) |
| 9 | SHARP PLUMBING, INC., a Nevada corporation, | ) |
| 10 | | ) |
| 11 | Third-Party Plaintiff, | ) |
| 12 | v. | ) |
| 13 | NATIONAL FIRE & MARINE INSURANCE COMPANY, a Nebraska corporation; DOES 1 through 100, inclusive, | ) |
| 14 | | ) |
| 15 | Third-Party Defendants. | ) |
| 16 | NATIONAL FIRE & MARINE INSURANCE COMPANY, a Nebraska corporation, | ) |
| 17 | | ) |
| 18 | Counter-Claimant, | ) |
| 19 | v. | ) |
| 20 | SHARP PLUMBING, INC., a Nevada corporation, | ) |
| 21 | | ) |
| 22 | Counter-Defendant. | ) |
| 23 | | ) |

## REQUEST FOR EXCEPTION

Pursuant to the Court's March 7, 2012 Order Rescheduling Settlement Conference (ECF No. 130), National Fire will be sending to the May 9, 2012 Settlement Conference a representative with binding settlement authority along with lead trial counsel Deborah L. Stein. National Fire respectfully requests that counsel from Bailey❖Kennedy be excused from attending given that National Fire will be fully represented by others participating in the conference.

Dated April 25, 2012

BAILEY❖KENNEDY

By: __/s/ Sarah E. Harmon__
Dennis L. Kennedy (Nevada Bar No. 1462)
Sarah E. Harmon (Nevada Bar No. 8106)
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone: (702) 562-8820
Facsimile: (702) 562-8821
E-mail: dkennedy@baileykennedy.com
sharmon@baileykennedy.com

*-and-*

Deborah L. Stein (*pro hac vice*)
K. Lucy Atwood (*pro hac vice*)
Peter R. Jordan (*pro hac vice*)
SIMPSON THACHER & BARTLETT LLP
1999 Avenue of the Stars, 29th Floor
Los Angeles, CA 90067
Telephone: (310) 407-7500
Facsimile: (310) 407-7502
E-mail: dstein@stblaw.com
katwood@stblaw.com
pjordan@stblaw.com

***Attorneys for Third-Party Defendant and Counter-Claimant National Fire & Marine Insurance Company***

1

## ~~[PROPOSED]~~ ORDER

The Request for an Exception is granted.

IT IS HEREBY ORDERED this __30th__ day of __April__, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge