# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,  )<br>  )<br>     Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>SHARP PLUMBING,  )<br>  )<br>     Defendants.  )<br>_____) | Case No.  2:09-cv-00783-GMN-GWF<br><br>**ORDER** |

Before the Court is National Fire & Marine Insurance Company's Request for Telephonic Discovery Conference (#155), filed July 20, 2012.  Upon review and consideration,

**IT IS ORDERED** that National Fire & Marine Insurance Company's Request for Telephonic Discovery Conference (#155) is **granted**, in part, and **denied**, in part.  A Discovery Conference is set for **Tuesday, August 7, 2012 at 9:30 a.m. in Courtroom 3A.**  Local counsel are to appear in the courtroom.  Out-of-state counsel may appear telephonically.  Out-of-state counsel are instructed to call telephone number: **(702) 868-4910, password 123456,** five (5) minutes prior to the hearing time.  Please remain on the line until such time as the Court joins the call and convenes the proceedings.  The use of a cell phone or speaker phone during the call is **prohibited**.  *The call must be made using a land line.*

**IT IS FURTHER ORDERED** that a responsive pleading to National Fire & Marine Insurance Company's Request for Telephonic Discovery Conference (#155) is due on or before **August 3, 2012**.

DATED this 23rd day of July, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge