# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

NATIONAL UNION FIRE INSURANCE )
COMPANY OF PITTSBURGH, PA, )
        Plaintiff, )    Case No. 2:09-cv-00783-GMN-GWF
vs. )    **ORDER**
SHARP PLUMBING, )
        Defendants. )

Before the Court is National Fire & Marine Insurance Company's Request for Telephonic Discovery Conference (#155), filed July 20, 2012. Upon review and consideration,

**IT IS ORDERED** that National Fire & Marine Insurance Company's Request for Telephonic Discovery Conference (#155) is **granted**, in part, and **denied**, in part. A Discovery Conference is set for **Tuesday, August 7, 2012 at 9:30 a.m. in Courtroom 3A.** Local counsel are to appear in the courtroom. Out-of-state counsel may appear telephonically. Out-of-state counsel are instructed to call telephone number: **(702) 868-4910, password 123456,** five (5) minutes prior to the hearing time. Please remain on the line until such time as the Court joins the call and convenes the proceedings. The use of a cell phone or speaker phone during the call is **prohibited**. *The call must be made using a land line.*

**IT IS FURTHER ORDERED** that a responsive pleading to National Fire & Marine Insurance Company's Request for Telephonic Discovery Conference (#155) is due on or before **August 3, 2012**.

DATED this 23rd day of July, 2012.

                                                GEORGE FOLEY, JR.
                                                United States Magistrate Judge