Bob L. Olson (NV Bar No. 3783)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: bolson@swlaw.com
*Former Attorney for National Union fire Insurance Company of Pittsburgh, PA*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHARP PLUMBING, INC., a Nevada Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:09-cv-00783-RCJ-GWF<br><br>**ORDER GRANTING *EX PARTE* MOTION TO REMOVE BOB L. OLSON, ESQ. AND SNELL & WILMER L.L.P. FROM THE CM/ECF SERVICE LIST** |
| AND RELATED COUNTER/THIRD PARTY CLAIMS | |

The Court having reviewed the *Ex Parte* Motion to Remove Bob L. Olson, Esq. and Snell & Wilmer L.L.P. from the CM/ECF Service List ("Motion"), and good cause having been shown,

**IT IS HEREBY ORDERED** that the Motion is granted;

**IT IS FURTHER ORDERED** that the United States District Court Clerk shall cause Bob L. Olson, Esq. and Snell & Wilmer L.L.P. to be removed from the CM/ECF Service List for the above-captioned matter.

**IT IS SO ORDERED.**

DATED this 22nd day of October, 2012

*George Foley Jr.*
GEORGE FOLEY, JR.
United States Magistrate Judge

16013990