1
2
3
4
5
6
7
8
9
10
11
12
13
14

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

15

16  NATIONAL UNION FIRE INSURANCE        )   Case No. 2:09-cv-00783-GMN-GWF
    COMPANY OF PITTSBURGH, PA, a         )
17  Pennsylvania corporation,            )
                                         )
18                                       )   **AMENDED JUDGMENT**
                    Plaintiff,           )
19                                       )
             v.                          )
20                                       )
                                         )
21  SHARP PLUMBING, INC., a Nevada       )
    corporation and DOES 1 through 50, inclusive, )
22                                       )
                    Defendants.          )
23                                       )

24
25
26
27
28

| | | |
|---|---|---|
| 1 | SHARP PLUMBING, INC., a Nevada corporation, | ) ) |
| 2 | | ) |
| 3 | Counter-Claimant, | ) ) |
| 4 | v. | ) ) |
| 5 | NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation; DOES 1 through 100, inclusive, | ) ) ) ) ) |
| 6 | | |
| 7 | | ) |
| 8 | Counter-Defendants, | ) ) |
| 9 | SHARP PLUMBING, INC., a Nevada corporation, | ) ) |
| 10 | | ) |
| 11 | Third-Party Plaintiff, | ) ) |
| 12 | v. | ) ) |
| 13 | NATIONAL FIRE & MARINE INSURANCE COMPANY, a Nebraska corporation; DOES 1 through 100, inclusive, | ) ) ) ) |
| 14 | | |
| 15 | Third-Party Defendants. | ) ) |
| 16 | | ) |
| 17 | NATIONAL FIRE & MARINE INSURANCE COMPANY, a Nebraska corporation, | ) ) |
| 18 | | ) |
| 19 | Counter-Claimant, | ) ) |
| 20 | v. | ) ) |
| 21 | SHARP PLUMBING, INC., a Nevada corporation, | ) ) |
| 22 | | ) |
| 23 | Counter-Defendant. | ) ) |

## AMENDED JUDGMENT

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Judgment is hereby entered in favor of Third-Party Defendant/Counterclaimant National Fire & Marine Insurance Company and against Third-Party Plaintiff/Counter-Defendant Sharp Plumbing, Inc.

2. Such Judgment in favor of National Fire & Marine Insurance Company includes an award of reimbursement against Sharp Plumbing, Inc. in the amount of $1,266,682.80.

**DATED** this 29th day of January, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court

Respectfully submitted,

BAILEY❖KENNEDY

By: /s/ Sarah E. Harmon
Dennis L. Kennedy (Nevada Bar No. 1462)
Sarah E. Harmon (Nevada Bar No. 8106)
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone: (702) 562-8820
Facsimile: (702) 562-8821
dkennedy@baileykennedy.com
sharmon@baileykennedy.com

-and-

Deborah L. Stein (*pro hac vice*)
Peter R. Jordan (*pro hac vice*)
SIMPSON THACHER & BARTLETT LLP
1999 Avenue of the Stars, 29th Floor
Los Angeles, CA 90067
Telephone: (310) 407-7500
Facsimile: (310) 407-7502
dstein@stblaw.com
pjordan@stblaw.com

*Attorneys for Third-Party Defendant and Counterclaimant National Fire & Marine Insurance Company*